DAYLE ELIESON
United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YALI SONG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Jeanne M. Kent, Director, Las Vegas Field Office of United States Citizenship and Immigration Services, in her official capacity; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Respondents. | Case No. 2:18-cv-00919-GMN-VCF<br><br>**JOINT STIPULATION TO STAY DISCOVERY/BRIEFING SCHEDULE**<br><br>**(First Request)** |

　　　　Petitioner seeks review of an administrative decision. The parties agree that the issues and claims remaining in this action may be adjudicated by the Court through cross-motions for summary judgment and the submission of the federal agency's Administrative Record regarding the agency action being challenged by Petitioner.

　　　　Respondents have filed a Motion to Dismiss (ECF No. 11). Petitioner will respond by August 3, 2018. The parties agree to stay the entry of a briefing schedule and to stay any other discovery procedures, including procedures under Fed. R. Civ. P. 26(f) and LR 16-1, pending a ruling on Respondents' Motion to Dismiss (ECF No. 11).

　　　　There have been no previous requests for any stay or extension of discovery deadlines. The parties believe that it is in their best interest to await a ruling by the Court on the pending

1

motion, in particular as the motion will dispose of the entire case if granted. As such, the parties respectfully request that the Court stay discovery in this matter.

Respectfully submitted this 25th day of July 2018.

| | |
|---|---|
| LAS VEGAS DEFENSE GROUP, LLC | DAYLE ELIESON<br>United States Attorney |
| */s/ Alexander Vail*<br>ALEXANDER VAIL, Esq.<br>2970 West Sahara Ave.<br>Las Vegas, Nevada 89102 | */s/ Lindsy M. Roberts*<br>LINDSY M. ROBERTS<br>Assistant United States Attorney |
| *Attorney for Petitioner* | *Attorneys for Respondents* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: 7/25/18